1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SHARLA CERRA (CSB #187176)
4  Assistant United States Attorney
       Federal Building  Suite 7516
5      300 North Los Angeles  Street
       Los Angeles, California
6      Tel. 213 894-6117
       FAX:  213 894-7819
7      Email:  Sharla Cerra@usdoj.gov

8  Attorneys for Defendant Commissioner of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| MICKEY L. McPHERSON, | EDCV 06-489 JWJ |
| Plaintiff, | |
| v. | <u>JUDGMENT FOR PLAINTIFF</u> |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court having approved the stipulation of the parties to reopen this case for the purpose of entering judgment for Plaintiff, the Court hereby grants judgment for Plaintiff.

DATE: May 6, 2008            /s/                              .
                             JEFFREY W. JOHNSON
                             United States Magistrate Judge

-1-